# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

REGAN PETTUS                                                                PLAINTIFF

v.                              NO. 4:15-cv-00627-JM

LONOKE SCHOOL DISTRICT                                           DEFENDANT

## ORDER OF DISMISSAL

The Court was previously informed that a settlement was reached in this matter. This action is therefore dismissed with prejudice.

IT IS SO ORDERED this 25th day of October, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE